# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SANCHEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:12-cv-00428-LJO-SKO<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Docket No. 2) |

Plaintiff Luis Sanchez filed a complaint on March 22, 2012, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;
2. The Clerk of Court is DIRECTED to issue the following:
   a. Summonses; and
   b. New Civil Case Documents, including USM-285 Forms;
3. The United States Marshal shall serve a copy of the complaint, summons, and this order upon the defendants as directed by Plaintiff in the USM-285 Form.

IT IS SO ORDERED.

**Dated:　March 27, 2012**　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE