IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SANCHEZ,<br><br>             Plaintiff,<br><br>   vs.<br><br>CITY OF FRESNO, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. CV F 12-0428 LJO SKO<br><br>**ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE CONSOLIDATE AND ASSIGNED TO SAME DISTRICT AND MAGISTRATE JUDGES**<br>(Doc. 7.) |

Defendants have filed a notice that this action is related to nine other actions filed with this Court. Rather than relate the 10 cases under this Court's Local Rule 123, this Court considers to consolidate them and to require plaintiffs to file a single, combined complaint. As such, this Court ORDERS the parties, no later than May 29, 2012, to file and serve papers to show cause why this Court should not consolidate this as the lead case with the nine other actions and potential unfiled actions with assignment to the same district and magistrate judges.

IT IS SO ORDERED.

**Dated:   May 21, 2012**                           /s/ Lawrence J. O'Neill
                                                                                   UNITED STATES DISTRICT JUDGE