IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SANCHEZ, | CASE NO. CV F 12-0428 LJO SKO |
| Plaintiff, | **ORDER TO ADDRESS FUTURE PROCEEDINGS** |
| vs. | (Docs. 9, 10.) |
| CITY OF FRESNO, et al., | |
| Defendants. / | |

This Court has considered the parties' responses to this Court's May 21, 2012 order to show cause as to consolidation of this case with nine other similar cases. On the basis of good cause, this Court declines to consolidate the cases for all purposes at this time but will issue orders to relate this case with each of the nine other cases and to assign all the cases to U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Sheila K. Oberto. This Court refers to Judge Oberto coordination of all pretrial proceedings in all the cases, and Judge Oberto will set a conference to do so. This Court anticipates that Judge Oberto will address coordinated motion practice and discovery and designation of this case as the lead for filings. This Court ORDERS the parties to withhold filing substantive motions (including motions to dismiss) and seeking entry of default until after coordination of pretrial proceedings is achieved or this Court orders otherwise.

IT IS SO ORDERED.

**Dated:   May 30, 2012**                              /s/ Lawrence J. O'Neill

1 UNITED STATES DISTRICT JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28