# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SANCHEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:12-cv-00428-LJO-SKO<br><br>**Related Cases**:<br>No. 1:12-cv-00429-LJO-SKO<br>No. 1:12-cv-00430-LJO-SKO<br>No. 1:12-cv-00431-LJO-SKO<br>No. 1:12-cv-00432-LJO-SKO<br>No. 1:12-cv-00434-LJO-SKO<br>No. 1:12-cv-00436-LJO-SKO<br>No. 1:12-cv-00439-LJO-SKO<br>No. 1:12-cv-00448-LJO-SKO<br>No. 1:12-cv-00528-LJO-SKO<br><br>**ORDER SETTING CONFERENCE TO COORDINATE PRETRIAL PROCEEDINGS** |

　　　　On May 30, 2012, the district court issued an order relating this case to nine other cases, all of which are now assigned to U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Sheila K. Oberto:

　　　　(1)　　*Deen, et al. v. City of Fresno, et al.*, No. 1:12-cv-00429-LJO-SKO

　　　　(2)　　*Valenzuela v. City of Fresno, et al.*, No. 1:12-cv-00430-LJO-SKO

　　　　(3)　　*Idell v. City of Fresno, et al.*, No. 1:12-cv-00431-LJO-SKO

　　　　(4)　　*Gray, et al. v. City of Fresno, et al.*, No. 1:12-cv-00432-LJO-SKO

　　　　(5)　　*Calmer, et al. v. City of Fresno, et al.*, No. 1:12-cv-00434-LJO-SKO

　　　　(6)　　*Graham v. City of Fresno, et al.*, No. 1:12-cv-00436-LJO-SKO

　　　　(7)　　*Williams v. City of Fresno, et al.*, No. 1:12-cv-00439-LJO-SKO

　　　　(8)　　*Soto v. City of Fresno, et al.*, No. 1:12-cv-00448-LJO-SKO

　　　　(9)　　*Subia, et al. v. City of Fresno, et al.*, No. 1:12-cv-00528-LJO-SKO

(*Sanchez v. City of Fresno, et al.*, Case No. 1:12-cv-00428-LJO, SKO, Doc. 11.)  This case, No. 1:12-cv-00428-LJO-SKO, is designated as the "lead" case.  District Judge O'Neill referred coordination of the pretrial proceedings in all of the cases to the undersigned.

To address coordination of motion practice and discovery in each of these cases, the parties shall appear for a conference, either telephonically or in person, **on June 20, 2012, at 10:00 a.m., in Courtroom 7 before Magistrate Judge Sheila K. Oberto**.  To facilitate coordination of the pretrial proceedings, the parties shall submit a joint report that indicates the status of each case, i.e., whether service of the complaint has been completed, and proposes coordinated deadlines for law and motion and the completion of discovery.  The parties should also address any other issues necessary to coordinate the pretrial proceedings.  The parties' joint proposal shall be filed **on or before June 13, 2012.**  All parties wishing to appear telephonically should coordinate one conference call to the Court at (559) 499-5790 at the time of the conference.

Accordingly, IT IS HEREBY ORDERED that:

1. A conference to coordinate all pretrial proceedings is set for June 20, 2012, at 10:00 a.m. in Courtroom 7; and

2. A joint proposal as to how the pretrial proceedings should be coordinated, including proposed deadlines for discovery and law and motion, shall be filed on or before June 13, 2012.

IT IS SO ORDERED.

**Dated:    June 5, 2012**                             /s/ Sheila K. Oberto
                                                                    UNITED STATES MAGISTRATE JUDGE