# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SANCHEZ, | CASE NO. 1:12-cv-00428-LJO-SKO |
| Plaintiff, | **Related Cases**:<br>No. 1:12-cv-00429-LJO-SKO<br>No. 1:12-cv-00430-LJO-SKO |
| v. | No. 1:12-cv-00431-LJO-SKO<br>No. 1:12-cv-00432-LJO-SKO<br>No. 1:12-cv-00434-LJO-SKO |
| CITY OF FRESNO, et al., | No. 1:12-cv-00436-LJO-SKO<br>No. 1:12-cv-00439-LJO-SKO<br>No. 1:12-cv-00448-LJO-SKO<br>No. 1:12-cv-00528-LJO-SKO |
| Defendants. | |
| / | **ORDER SETTING STATUS CONFERENCE** |

On May 30, 2012, the district court issued an order that this case be related to nine other cases, which are all now assigned to U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Sheila K. Oberto:

    (1)    *Deen et al. v. City of Fresno, et al.*, No. 1:12-cv-00429-LJO-SKO

    (2)    *Valenzuela v. City of Fresno, et al.*, No. 1:12-cv-00430-LJO-SKO

    (3)    *Idell v. City of Fresno, et al.*, No. 1:12-cv-00431-LJO-SKO

    (4)    *Gray, et al. v. City of Fresno, et al.*, No. 1:12-cv-00432-LJO-SKO

|   |   |   |
|---|---|---|
| 1 | (5) | *Calmer, et al. v. City of Fresno, et al.*, No. 1:12-cv-00434-LJO-SKO |
| 2 | (6) | *Graham v. City of Fresno, et al.*, No. 1:12-cv-00436-LJO-SKO |
| 3 | (7) | *Williams v. City of Fresno, et al.*, No. 1:12-cv-00439-LJO-SKO |
| 4 | (8) | *Soto v. City of Fresno, et al.*, No. 1:12-cv-00448-LJO-SKO |
| 5 | (9) | *Subia, et al. v. City of Fresno, et al.*, No. 1:12-cv-00528-LJO-SKO |

(*Sanchez v. City of Fresno et al.*, Case No. 1:12-cv-00428-LJO, SKO, Doc. 11.) This case, No. 1:12-cv-00428-LJO-SKO, is designated as the "lead" case. Judge O'Neill referred coordination of the pretrial proceedings in all of the cases to the undersigned.

The Court has conducted two separate conferences on June 20 and 27, 2012, regarding the scheduling of pretrial proceedings in these cases. In a status report filed on June 25, 2012, Plaintiffs represented that there were potentially 25 to 30 additional plaintiffs who may seek to be joined with the existing coordinated actions, based on the premise that these additional plaintiffs have claims that are factually and legally similar to the claims in the existing actions. (Doc. 18.) Further, the parties agreed that, regardless of additional plaintiffs that may be joined to the existing proceedings, consolidation of these matters is warranted for all *pre-trial* purposes.

At the June 27, 2012, status conference the parties discussed organization of the proceedings in light of the additional plaintiffs who may seek to be joined to the existing actions. Plaintiffs' counsel represented that they would seek to join "substantially all" additional plaintiffs by July 16, 2012. The parties agreed that, once these additional plaintiffs' complaints are filed, all the parties would meet and confer by July 25, 2012, to discuss whether the claims are amenable to class-action treatment. Following that meet and confer session, the parties are to inform the Court of the outcome of that discussion by filing a status report, and a further status conference will be conducted on July 27, 2012, at 11:00 a.m. in Courtroom 7. Formal consolidation or class-action treatment of all the Plaintiffs' claims will be discussed in light of any new plaintiffs sought to be joined to the existing coordinated actions. Telephonic appearances for the July 27, 2012, status conference are encouraged. Unless ordered otherwise by the Court as a result of the July 27, 2012, status conference, Defendants' responses to the complaints shall be filed by no later than August 15, 2012. Further, although the parties discussed dates for commencement of discovery and the exchange of

initial disclosures at the June 27, 2012, status conference, these dates will be revisited at the July 27, 2012, conference in light of additional case filings, the parties' assessment of the procedural posture of the cases, and any anticipated law and motion practice related to pleadings responsive to the complaints.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs shall seek to join any additional plaintiffs to these coordinated proceedings no later than July 16, 2012;

2. All parties shall participate in a meet and confer session on or before July 25, 2012, to discuss whether, in light of additional plaintiffs sought to be joined, the claims of the plaintiffs are amenable to class-action treatment;

3. **No later than July 26, 2012,** the parties shall file a brief status update regarding the results of their meet and confer discussions;

4. A status conference to discuss the procedural posture of the cases is set for July 27, 2012, at 11:00 a.m. in Courtroom 7;

5. Any parties wishing to appear telephonically at the July 27, 2012, status conference shall inform the Courtroom Deputy, Alice Timken, no later than July 26, 2012, at (559) 499-5790, and those parties shall coordinate one conference call to the Court at the time of the status conference;

6. Unless ordered otherwise as a result of the July 27, 2012, conference, all responses to the complaints shall be filed no later than August 15, 2012; and

7. In anticipation of additional cases being joined to these coordinated proceedings, all other dates that were set at the June 20, 2012, status conference are VACATED and shall be reset at a later date.

IT IS SO ORDERED.

**Dated:   June 29, 2012**               /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE