**Appendix Setting Forth Corresponding Locations of Arguments in Defendants' Motions and in Plaintiff's Opposition**

For the convenience of the Court, Plaintiff sets forth below a brief chart that sets forth the location of arguments made in both the City of Fresno's Motion and the Individual City Defendants' Motion, and the corresponding location of Plaintiff's Response. Since the City of Fresno incorporates some of the Individual City Defendants' argument and the Individual City Defendants incorporate some of the City of Fresno's arguments, the chart below may be helpful to the Court.

| City of Fresno Motion to Dismiss | Individual City Defendants' Motion to Dismiss | Plaintiff's Opposition to Both Motions to Dismiss |
|---|---|---|
| Section II, Summary of Allegations, p. 2 (incorporating by reference Summary in Individual City Defendants' Motion) | Section II, Summary of Allegations, p. 1-2 | Section II, Summary of Allegations in First Amended Complaint, p. 2-9 |
| Section III.A, Standards to Be Applied, p. 2 (incorporating by reference arguments in Individual CityDefendants' Motion) | Section III.A.1, Standards to Be Applied - Motion To Dismiss , p. 2-3 | Section III.A, The Applicable Legal Standard For A Motion to Dismiss, p. 3 |
| Section III.A, Standards to Be Applied, p. 2 (incorporating by reference arguments in Individual City Defendants' Motion) | Section III.A.2, Standards to Be Applied - Motion To Strike, p.4-5 | Section III.N, None of the Allegations of the First Amended Complaint Should be Stricken, p. 36-37 |
| Section III.A, Standards to Be Applied, p. 2 (incorporating by reference arguments in Individual City Defendants' Motion) | Section III.A.3, Standards to Be Applied - Motion for a More Definite Statement, p. 5 | Section III.M, There is No Need for a More Definite Statement, p. 35-36 |
| Section III.B, Sanchez'[sic] 1983 Claims Are Subject To Dismissal Based On His Inability To Satisfy Monell, p. 2-8 | N/A | Section III.B, Plaintiffs Properly Plead a Plan, Policy and Custom by the City of Fresno and State a Valid Claim for Relief Under *Monell* , p. 9-14 |
| Section III.C, Sanchez Cannot Assert A Claim For Violation Of The Due Process Clause, p. 8-10 | Section III.C, Sanchez Cannot Maintain His Claims Under 42 U.S.C. Section 1983 Against The Individual City Defendants, p. 7 (incorporating by reference arguments in City's Motion). | Section III.C, Plaintiffs State a Valid Substantive Due Process Claim Under the Fifth and Fourteenth Amendments and 42 U.S. C. § 1983, p. 14-19 |

| | | |
|---|---|---|
| Section III.D, Sanchez Cannot Maintain his cause of Action for Violation of 42 U.S.C. Section 1983 based on the Takings Clause, p. 10-11 | Section III.C, Sanchez Cannot Maintain His Claims Under 42 U.S.C. Section 1983 Against The Individual City Defendants, p.7 (incorporating by reference arguments in City's Motion). | Section III.D, Plaintiffs Allege a Valid Claim Under the Takings Clause of the Fourteenth Amendment, p. 19-20 |
| Section III.E, Sanchez Cannot Maintain A Claim For A Violation Of The Equal Protection Clause Under The Fourteenth Amendment, p. 11-17 | Section III.C, Sanchez Cannot Maintain His Claims Under 42 U.S.C. Section 1983 Against The Individual City Defendants, p.7 (incorporating by reference arguments in City's Motion). | Section III.E, Plaintiffs Allege a Valid Claim for Denial of Equal Protection Under the 14th Amendment, p. 21-25 |
| Section III.F, Plaintiff Cannot Maintain A Claim For Violation Of The Due Process Clause And Equal Protection Clause Under The California Constitution, p. 17-19 | Section III.D, Sanchez Cannot Maintain His Claims Under California Constitution As Against The Individual City Defendants, p. 7 (incorporating by reference arguments in City's Motion). | Section III.F, Plaintiff Alleges Valid Claims Under the California Constitution and California Law, p. 25-26 |
| Section III.G, Plaintiff Cannot Assert A Claim Under Article 1, Section 13 Of The California Constitution, p. 19-20 | Section III.D, Sanchez Cannot Maintain His Claims Under California Constitution As Against The Individual City Defendants, p. 7 (incorporating by reference arguments in City's Motion). | Section III.F, Plaintiff Alleges Valid Claims Under the California Constitution and California Law, p. 25-26 |
| Section III.H, Plaintiff Cannot Pursue A Claim Under Civil Code Section 52.1 Directly Against A Municipality, p. 20-23 | Section III.F, Sanchez Cannot Maintain A Claim For Violation of Civil Code Section 52.1 Against The Individual City Defendants, p. 7-11 | Section III.I, Plaintiff Asserts a Valid Claim Under California Civil Code Section 52.1, p. 27-30 |
| Section III.I, Sanchez Cannot Maintain His Tort Claims Against The City, p. 23-24 | N/A | Section III.K, Government Code § 815 Does Not Preclude Plaintiff's Tort Claims Against the City of Fresno, p. 32-33 |
| Section III.J, Alternatively, This Court Should Order A More Definite Statement, p. 24 | Section III.I, In The Alternative, This Court Should Order A More Definite Statement, p. 13 | Section III.M, There is No Need for a More Definite Statement, p.35-36 |
| Section III.K, This Court Should Strike Numerous Allegations In The Complaint, p. 24-25 | Section III.J, This Court Should Strike Numerous Allegations in the Complaint, p. 13-17 | Section III.N, None of the Allegations of the First Amended Complaint Should be Stricken, p. 36-37 |

| | | |
|---|---|---|
| N/A | Section III.B, The Official Capacity Claims Against The Individual Defendants Should be Dismissed, p. 5-6 | Section III.L, Plaintiffs Properly Allege Individual Liability By the Individual Defendants, p. 33-35 |
| N/A | Section III.E, Sanchez Cannot Maintain A Claim For Breach of Contract As Against Certain Individual City Defendants, p. 7 | Section III.H, Plaintiffs Properly Allege Breach of Contract Claims Against the Individual Defendants, p.26-27 |
| N/A | Section III.G, Sanchez Cannot Maintain A Claim Under Civil Code Section 2080, p. 11 | Section III.G, Plaintiff Asserts a Valid Claim Under Civil Code Section 2080, p. |
| | Section III.H, Sanchez Cannot Maintain A Claim For Violation of Conversion Against The Individual City Defendants, p.11-13 | Section III.J, Sanchez States a Claim for Conversion Against the Individual Defendants and Statutory Immunities Do Not Bar the Conversion Claim, p.31-32 |