| | |
|---|---|
| 1 | PAUL ALEXANDER (SBN 49997) |
| 2 | ARNOLD & PORTER LLP |
|   | 1801 Page Mill Road, Suite 110 |
| 3 | Palo Alto, CA 94304 |
|   | Telephone:  (650) 798-2921 |
| 4 | E-Mail:  Paul.Alexander@aporter.com |

PAUL ALEXANDER (SBN 49997)
ARNOLD & PORTER LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304
Telephone:  (650) 798-2921
E-Mail:  Paul.Alexander@aporter.com

AMY L. BOMSE (SBN 218669)
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone:  (415) 471-3100
E-Mail:  Amy.Bomse@aporter.com

ANDREW PATTERSON (SBN 267989)
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, CA 90017-5844
Telephone:  (213) 243-4118
E-Mail:  Andrew.Patterson@aporter.com

CHRIS A. SCHNEIDER, SR. (SBN 123627)
SUZANNE SWENK (SBN 179760)
CHRISTINA SKAF HATHAWAY (SBN 258690)
NAUREEN NALIA (SBN 276426)
CENTRAL CALIFORNIA LEGAL SERVICES, INC.
2115 Kern Street, Suite 1
Fresno, CA 93721
Telephone: (559) 570-1214
E-Mail:  chris@centralcallegal.org
E-Mail:  suzanne@centralcallegal.org
E-Mail:  chathaway@centralcallegal.org
E-Mail:  nnalia@centralcallegal.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| LUIS SANCHEZ, ANGELITA SOTO, GLORIA WILLIAMS, THERESA CALMER, JULIAN FERNANDEZ, MELISSA OHLER, and JOSHUA DEEN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, ASHLEY SWEARENGIN, MARK SCOTT, BRUCE RUDD, GREG BARFIELD, JERRY DYER, PHILLIP WEATHERS, MALCOLM DOUGHERTY, ANDREW HALL, GREGORY GARNER, RICHARD TUCKER, GLEN SCHAFER, | Case No.: 1:12-cv-00428-LJO-SKO<br>And Related Consolidated Cases<br><br>**STIPULATION AND ORDER** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | MARK VAN WYHE, JEFFREY LA BLUE, RITCHIE O'DELL, MARIO TOSCANO, TIMOTHY STEWART, JASON WATKINS, DAVID MIRAMONTES, BRYAN ANALLA, XAO HERR, DAVID GRAZIER, VUE YANG, JOHN SKAGGS, JAMES HILDEBRAND, KEITH DUTSON, RAUL BOMBARDLY, EDUARDO CASTANO, LUIS CASTELLANOS, JIM COPLAND, SU FANG, ERNIE FLORES, ROBERT GRAHAM, FRANCISCO GUEVARA, KEVIN HANSEN, TIM HAUSCHEL, LEO HEREDIA, MARTY HERRERA, PETER HOWE, ROBIN KELDSEN, JOHANAN KUDER,, SCOTT MARTIN, RICK MENDIZABAL, LEONARD REYES, STEVEN REYES, and DOES 1-100, inclusive,<br><br>                    Defendants. |

Plaintiffs and Defendants City of Fresno, Swearengin, Scott, Rudd, Barfield, Dyer and Weathers, by and through their respective counsel of record, hereby stipulate as follows:

1. The complaints previously filed against defendants by Angelita Soto, Gloria Williams, Julian Fernandez, Theresa Calmer, Melissa Ohler and Joshua Deen shall proceed pursuant to the allegations in this Second Amended Complaint, which shall be deemed to have been filed as of the date of their previously filed complaints, and, upon approval of this proposed stipulation by the Court, the previously filed complaints of each of these plaintiffs shall be voluntarily dismissed.  The allegations that appear in Paragraphs 5 to 12 and 27 to 51 of the Second Amended Complaint, shall not be incorporated into the complaints by the other Plaintiffs.

2. Plaintiffs do not assert a claim for damages under their California Constitutional Claims, in accordance with this Court's December 26, 2012 Order.

3. In their Second Amended Complaint, plaintiffs do not assert a Fifth Amendment Due Process claim or a Fifth Amendment Takings claim.

4. Based upon this Stipulation, Defendants' currently filed Motion to Dismiss Second Amended Complaint shall be deemed withdrawn.  Defendants may have 20 days

following the Court's approval of this stipulation and issuance of an Order thereon in which to file their Answer to the Second Amended Complaint.

5. The parties request a scheduling conference to address procedural issues involving the naming of 37 additional Defendants in the Second Amended Complaint.

Dated: March 4, 2013            ARNOLD & PORTER LLP

By:   /s/  Paul Alexander

Attorneys for Plaintiffs


BETTS, RUBIN & MCGUINNESS

By:   /s/  James B. Betts

Attorneys for Defendants City of Fresno


GEORGESON, BELARDINELLI & NOYES

By /s/ C. Russell Georgeson

Attorneys for Defendants Ashley Swearengin, Mark Scott, Bruce Rudd, Greg Barfield, Jerry Dyer and Phillip Weathers


**ORDER**

**It is so ordered.**

**Dated:  March 5, 2013**                **/s/ Lawrence J. O'Neill**
                                   **UNITED STATES DISTRICT JUDGE**