# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SANCHEZ,<br><br>            Plaintiff,<br><br>  v.<br><br>CITY OF FRESNO, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:12-cv-00428-LJO-SKO<br><br>**Related Cases**:<br><br>No. 1:12-cv-00429-LJO-SKO<br>No. 1:12-cv-00430-LJO-SKO<br>No. 1:12-cv-00431-LJO-SKO<br>No. 1:12-cv-00432-LJO-SKO<br>No. 1:12-cv-00434-LJO-SKO<br>No. 1:12-cv-00436-LJO-SKO<br>No. 1:12-cv-00439-LJO-SKO<br>No. 1:12-cv-00448-LJO-SKO<br>No. 1:12-cv-00528-LJO-SKO<br>No. 1:12-cv-01117-LJO-SKO<br>No. 1:12-cv-01118-LJO-SKO<br>No. 1:12-cv-01119-LJO-SKO<br>No. 1:12-cv-01120-LJO-SKO<br>No. 1:12-cv-01121-LJO-SKO<br>No. 1:12-cv-01122-LJO-SKO<br>No. 1:12-cv-01123-LJO-SKO<br>No. 1:12-cv-01124-LJO-SKO<br>No. 1:12-cv-01125-LJO-SKO<br>No. 1:12-cv-01126-LJO-SKO<br>No. 1:12-cv-01128-LJO-SKO<br>No. 1:12-cv-01130-LJO-SKO<br>No. 1:12-cv-01132-LJO-SKO<br>No. 1:12-cv-01133-LJO-SKO<br>No. 1:12-cv-01134-LJO-SKO<br>No. 1:12-cv-01136-LJO-SKO<br>No. 1:12-cv-01137-LJO-SKO<br>No. 1:12-cv-01138-LJO-SKO<br>No. 1:12-cv-01139-LJO-SKO<br>No. 1:12-cv-01161-LJO-SKO<br>No. 1:12-cv-01162-LJO-SKO<br>No. 1:12-cv-01166-LJO-SKO<br>No. 1:12-cv-01215-LJO-SKO |

On March 5, 2013, U.S. District Judge Lawrence J. O'Neill approve the parties' stipulation regarding a Second Amended Complaint ("SAC"). (Doc. 51.) In their stipulation, the parties requested a scheduling conference to address the procedural issues related to the addition of 37 Defendants named in the SAC.

Accordingly, IT IS HEREBY ORDERED that:

1. A scheduling conference is SET for April 2, 2013, at 9:30 a.m. in Courtroom 7;
2. Telephonic appearances for the scheduling conference are APPROVED and ENCOURAGED;
3. A joint status report shall be filed by the parties no later than March 26, 2013, that proposes deadlines for discovery and remaining motions;
4. In the caption of the joint status report, the parties shall indicate whether they will be appearing telephonically; and
5. Those parties appearing telephonically are to coordinate one joint call to the Court at the date and time set for the conference.

IT IS SO ORDERED.

**Dated:**   **March 7, 2013**            /s/ Sheila K. Oberto
                                                                    UNITED STATES MAGISTRATE JUDGE