*Names and addresses of counsel appear on signature page*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| LUIS SANCHEZ, ANGELITA SOTO, GLORIA WILLIAMS, THERESA CALMER, JULIAN FERNANDEZ, MELISSA OHLER, and JOSHUA DEEN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, ASHLEY SWEARENGIN, MARK SCOTT, BRUCE RUDD, GREG BARFIELD, JERRY DYER, PHILLIP WEATHERS, MALCOLM DOUGHERTY, ANDREW HALL, GREGORY GARNER, RICHARD TUCKER, GLEN SCHAFER, MARK VAN WYHE, JEFFREY LA BLUE, RITCHIE O'DELL, MARIO TOSCANO, TIMOTHY STEWART, JASON WATKINS, DAVID MIRAMONTES, BRYAN ANALLA, XAO HERR, DAVID GRAZIER, VUE YANG, JOHN SKAGGS, JAMES HILDEBRAND, KEITH DUTSON, RAUL BOMBARDLY, EDUARDO CASTANO, LUIS CASTELLANOS, JIM COPLAND, SU FANG, ERNIE FLORES, ROBERT GRAHAM, FRANCISCO GUEVARA, KEVIN HANSEN, TIM HAUSCHEL, LEO HEREDIA, MARTY HERRERA, PETER HOWE, ROBIN KELDSEN, JOHANAN KUDER, SCOTT MARTIN, RICK MENDIZABAL, LEONARD REYES, STEVEN REYES, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 1:12-cv-00428-LJO-SKO<br>And Related Consolidated Cases<br><br>**STIPULATION AND ORDER OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>**Date: April 2, 2013**<br>**Time: 9:30 A.M.**<br>**Courtroom: 7**<br>**Magistrate Judge Sheila K. Oberto**<br><br>**Related Cases:**<br><br>No. 1:12-CV-00430-LJO-SKO<br>No. 1:12-CV-00431-LJO-SKO<br>No. 1:12-CV-00432-LJO-SKO<br>No. 1:12-CV-00436-LJO-SKO<br>No. 1:12-CV-00528-LJO-SKO<br>No. 1:12-CV-01117-LJO-SKO<br>No. 1:12-CV-01118-LJO-SKO<br>No. 1:12-CV-01119-LJO-SKO<br>No. 1:12-CV-01120-110-SKO<br>No. 1:12-CV-01121-LJO-SKO<br>No. 1:12-CV-01122-LJO-SKO<br>No. 1:12-CV-01123-LJO-SKO<br>No. 1:12-CV-01124-LJO-SKO<br>No. 1:12-CV-01125-LJO-SKO<br>No. 1:12-CV-01126-LJO-SKO<br>No. 1:12-CV-01128-110-SKO<br>No. 1:12-CV-01130-LJO-SKO<br>No. 1:12-CV-01132-LJO-SKO<br>No. 1:12-CV-01133-LJO-SKO<br>No. 1:12-CV-01134-LJO-SKO<br>No. 1:12-CV-01136-LJO-SKO<br>No. 1:12-CV-01137-LJO-SKO<br>No. 1:12-CV-01138-110-SKO<br>No. 1:12-CV-01139-LJO-SKO<br>No. 1:12-CV-01161-LJO-SKO<br>No. 1:12-CV-01162-LJO-SKO<br>No. 1:12-CV-01166-LJO-SKO<br>No. 1:12-CV-01215-LJO-SKO |

IT IS HEREBY STIPULATED between and among the parties, by and through their respective counsel of record, as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the following individual complaints shall be voluntarily dismissed without prejudice:

*Sabrina Valenzuela v. City of Fresno, et al.*, Case No. 1:12-cv-430-LJO-SKO; and

*Britney Idell v. City of Fresno, et al.*, Case No. 1:12-cv-431-LJO-SKO.

Dated: April 11, 2013                    ARNOLD & PORTER LLP

By:  /s/  Paul Alexander
      Paul Alexander (SBN #49997)
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304
Telephone:  (650) 798-2921
Fax:  (650) 798-2999
E-Mail:  Paul.Alexander@aporter.com

Amy L. Bomse (SBN #218669)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone:  (415) 471-3100
Fax:  (415) 471-3400
E-Mail:  Amy.Bomse@aporter.com

Lauren Miyamoto (SBN #287592)
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, CA 90017-5844
Telephone:  (213) 243-4118
Fax:  (213) 243-4199
E-Mail:  Lauren.Miyamoto@aporter.com

Chris A. Schneider, Sr. (SBN #123627)
Suzanne Swenk (SBN #179760)
Christina Skaf Hathaway (SBN #258690)
Naureen Nalia (SBN #276426)
CENTRAL CALIFORNIA LEGAL
  SERVICES, INC.
2115 Kern Street, Suite 1
Fresno, CA 93721
Telephone: (559) 570-1214
E-Mail:  chris@centralcallegal.org
E-Mail:  suzanne@centralcallegal.org
E-Mail:  chathaway@centralcallegal.org
E-Mail:  nnalia@centralcallegal.org

Attorneys for Plaintiffs

- 2 -    STIPULATION & ORDER OF DISMISSAL
            Case No.: 1:12-cv-00428-LJO-SKO

33432936v1

BETTS, RUBIN & McGUINNESS


By: /s/ James B. Betts
James B. Betts
907 Santa Fe Avenue, Suite 201
Fresno, CA 93721
Telephone: (559) 438-8500
Fax: (559) 438-6959
E-Mail: br@bettsrubinlaw.com

Attorneys for Defendant City of Fresno


GEORGESON, BELARDINELLI & NOYES


By /s/ C. Russell Georgeson
C. Russell Georgeson
7060 North Fresno Street, Suite 250
Fresno, California 93720
Telephone: (559) 447-8800
Fax: (559) 447-0747
E-Mail: crgdanelaw@sbcglobal.net

Attorneys for Defendants Ashley Swearengin, Mark Scott, Bruce Rudd, Greg Barfield, Jerry Dyer and Phillip Weathers

STATE OF CALIFORNIA
DEPARTMENT OF TRANSPORTATION


By   /s/ John Hoxie
        John Hoxie
1120 N Street (MS 57)
P.O. Box 1438
Sacramento, California 95812-1438
Telephone: (916) 654-2630
Fax: (916) 654-6128
E-Mail:  john.hoxie@dot.ca.gov

Attorneys for Defendant Malcolm Dougherty


## **ORDER**

Based on the parties' stipulation, this Court DISMISSES without prejudice the following actions:

*Sabrina Valenzuela v. City of Fresno, et al.*, Case No. 1:12-cv-430-LJO-SKO; and

*Britney Idell v. City of Fresno, et al.*, Case No. 1:12-cv-431-LJO-SKO.

The clerk is directed to close only Case Nos. 12cv430 and 12cv431.


IT IS SO ORDERED.

Dated:   **April 15, 2013**               /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE