# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| Sandra Gray, | Case No.: 1:12-CV-00428-LJO-SKO |
| Plaintiff, | |
| vs. | **ORDER GRANTING WITHDRAWAL OF ATTORNEYS WITH CENTRAL CALIFORNIA LEGAL SERVICES, INC., FOR PLAINTIFF, SANDRA GRAY** |
| City of Fresno, Ashley Swearengin, Mark Scott, Bruce Rudd, Greg Barfield, Jerry Dyer, Phillip Weathers, Malcolm Dougherty, and DOES 1-100, Inclusive, | |
| Defendants | |

The withdrawal of Chris A. Schneider, Suzanne F. Swenk, Naureen M. Nalia, and Christina Skaf Hathaway with Central California Legal Services, Inc., as attorneys of record for Sandra Gray is granted.

Paul Alexander and Amy Bomse of ARNOLD & PORTER will remain as attorneys of record for Plaintiff, Sandra Gray.

IT IS SO ORDERED.

Dated:  **June 19, 2013**                          /s/ Sheila K. Oberto
                                                                 UNITED STATES MAGISTRATE JUDGE

1
ORDER GRANTING WITHDRAWAL OF ATTORNEY