*Names and addresses of counsel appear on signature page*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| LUIS SANCHEZ, ANGELITA SOTO, GLORIA WILLIAMS, THERESA CALMER, JULIAN FERNANDEZ, MELISSA OHLER, and JOSHUA DEEN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, ASHLEY SWEARENGIN, MARK SCOTT, BRUCE RUDD, GREG BARFIELD, JERRY DYER, PHILLIP WEATHERS, MALCOLM DOUGHERTY, ANDREW HALL, GREGORY GARNER, RICHARD TUCKER, GLEN SCHAFER, MARK VAN WYHE, JEFFREY LA BLUE, RITCHIE O'DELL, MARIO TOSCANO, TIMOTHY STEWART, JASON WATKINS, DAVID MIRAMONTES, BRYAN ANALLA, XAO HERR, DAVID GRAZIER, VUE YANG, JOHN SKAGGS, JAMES HILDEBRAND, KEITH DUTSON, RAUL BOMBARDLY, EDUARDO CASTANO, LUIS CASTELLANOS, JIM COPLAND, SU FANG, ERNIE FLORES, ROBERT GRAHAM, FRANCISCO GUEVARA, KEVIN HANSEN, TIM HAUSCHEL, LEO HEREDIA, MARTY HERRERA, PETER HOWE, ROBIN KELDSEN, JOHANAN KUDER, SCOTT MARTIN, RICK MENDIZABAL, LEONARD REYES, STEVEN REYES, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 1:12-cv-00428-LJO-SKO<br>And Related Consolidated Cases<br><br>**STIPULATION AND ORDER OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>**Related Cases:**<br><br>No. 1:12-CV-00430-LJO-SKO<br>No. 1:12-CV-00431-LJO-SKO<br>No. 1:12-CV-00432-LJO-SKO<br>No. 1:12-CV-00436-LJO-SKO<br>No. 1:12-CV-00528-LJO-SKO<br>No. 1:12-CV-01117-LJO-SKO<br>No. 1:12-CV-01118-LJO-SKO<br>No. 1:12-CV-01119-LJO-SKO<br>No. 1:12-CV-01120-110-SKO<br>No. 1:12-CV-01121-LJO-SKO<br>No. 1:12-CV-01122-LJO-SKO<br>No. 1:12-CV-01123-LJO-SKO<br>No. 1:12-CV-01124-LJO-SKO<br>No. 1:12-CV-01125-LJO-SKO<br>No. 1:12-CV-01126-LJO-SKO<br>No. 1:12-CV-01128-110-SKO<br>No. 1:12-CV-01130-LJO-SKO<br>No. 1:12-CV-01132-LJO-SKO<br>No. 1:12-CV-01133-LJO-SKO<br>No. 1:12-CV-01134-LJO-SKO<br>No. 1:12-CV-01136-LJO-SKO<br>No. 1:12-CV-01137-LJO-SKO<br>No. 1:12-CV-01138-110-SKO<br>No. 1:12-CV-01139-LJO-SKO<br>No. 1:12-CV-01161-LJO-SKO<br>No. 1:12-CV-01162-LJO-SKO<br>No. 1:12-CV-01166-LJO-SKO<br>No. 1:12-CV-01215-LJO-SKO |

1  IT IS HEREBY STIPULATED between and among the parties, by and through their respective counsel of record, as follows:

2.  1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs LUIS SANCHEZ, ANGELITA SOTO, GLORIA WILLIAMS, THERESA CALMER, JULIAN FERNANDEZ, MELISSA OHLER and JOSHUA DEEN ("Plaintiffs") and Defendants stipulate to the dismissal of all claims asserted by Plaintiffs in their Second Amended Complaint, without prejudice, as to the following defendants only:  ANDREW HALL, RICHARD TUCKER, GLEN SCHAFER, MARK VAN WYHE, JEFFREY LA BLUE, RITCHIE O'DELL, MARIO TOSCANO, TIMOTHY STEWART, JASON WATKINS, DAVID MIRAMONTES, BRYAN ANALLA, XAO HERR, DAVID GRAZIER, VUE YANG, JOHN SKAGGS, JAMES HILDEBRAND, KEITH DUTSON, EDUARDO CASTANO, JIM COPLAND, ERNIE FLORES, ROBERT GRAHAM, FRANCISCO GUEVARA, KEVIN HANSEN, TIM HAUSCHEL, LEO HEREDIA, MARTY HERRERA, PETER HOWE, ROBIN KELDSEN, JOHANAN KUDER, SCOTT MARTIN, LEONARD REYES and STEVEN REYES ("Dismissed Defendants").

2. Plaintiffs and Defendants further stipulate that Plaintiffs' Second Amended Complaint, and all claims asserted therein, will proceed as and against the remaining defendants, as follows:  CITY OF FRESNO, ASHLEY SWEARENGIN, MARK SCOTT, BRUCE RUDD, GREG BARFIELD, JERRY DYER, PHILLIP WEATHERS, MALCOLM DOUGHERTY, GREGORY GARNER, RAUL BOMBARDLY, LUIS CASTELLANOS, SU FANG and RICK MENDIZABAL ("Remaining Defendants").  The dismissal of the Dismissed Defendants will not prejudice any claims, allegations or relief being pursued by Plaintiffs as to the Remaining Defendants.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  October 10, 2013 | ARNOLD & PORTER LLP |
| | By:  /s/ Paul Alexander  <br>     Paul Alexander (SBN #49997)<br>1801 Page Mill Road, Suite 110<br>Palo Alto, CA 94304<br>Telephone:  (650) 798-2921<br>Fax:  (650) 798-2999<br>E-Mail:  Paul.Alexander@aporter.com |
| | Amy L. Bomse (SBN #218669)<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111<br>Telephone:  (415) 471-3100<br>Fax:  (415) 471-3400<br>E-Mail:  Amy.Bomse@aporter.com |
| | CHRIS A. SCHNEIDER, SR. (SBN 123627)<br>SUZANNE SWENK (SBN 179760)<br>CHRISTINA SKAF HATHAWAY (SBN 258690)<br>TASHARA KUSPA (SBN 234400)<br>INNA VOLKOVA (SBN 287909)<br>CENTRAL CALIFORNIA LEGAL<br>  SERVICES, INC.<br>2115 Kern Street, Suite 1<br>Fresno, CA 93721<br>Telephone: (559) 570-1214<br>E-Mail:  chris@centralcallegal.org<br>E-Mail:  suzanne@centralcallegal.org<br>E-Mail:  chathaway@centralcallegal.org<br>E-Mail:  tkuspa@centralcallegal.org<br>E-Mail:  ivolkova@centralcallegal.org |
| | Attorneys for Plaintiffs |
| Dated:  October 10, 2013 | BETTS, RUBIN & McGUINNESS |
| | By:  /s/ James B. Betts  <br>     James B. Betts<br>907 Santa Fe Avenue, Suite 201<br>Fresno, CA 93721<br>Telephone:  (559) 438-8500<br>Fax:  (559) 438-6959<br>E-Mail:  br@bettsrubinlaw.com |
| | Attorneys for Defendant CITY OF FRESNO |

- 3 -   STIPULATION & ORDER OF DISMISSAL
Case No. 1:12-cv-00428-LJO-SKO

34174030v2

| | |
|---|---|
| Dated: October 10, 2013 | GEORGESON, BELARDINELLI & NOYES |
| | |
| | By  /s/ C. Russell Georgeson |
| |      C. Russell Georgeson |
| | 7060 North Fresno Street, Suite 250 |
| | Fresno, California 93720 |
| | Telephone:  (559) 447-8800 |
| | Fax:  (559) 447-0747 |
| | E-Mail:  crgdanelaw@sbcglobal.net |
| | |
| | Attorneys for Defendants ASHLEY SWEARENGIN, MARK SCOTT, BRUCE RUDD, GREG BARFIELD, JERRY DYER, PHILLIP WEATHERS, ANDREW HALL, GREGORY GARNER, RICHARD TUCKER, GLEN SCHAFER, MARK VAN WYHE, JEFFREY LA BLUE, RITCHIE O'DELL, MARIO TOSCANO, TIMOTHY STEWART, JASON WATKINS, DAVID MIRAMONTES, BRYAN ANALLA, XAO HERR, DAVID GRAZIER, VUE YANG, JOHN SKAGGS, JAMES HILDEBRAND, KEITH DUTSON, RAUL BOMBARDLY, EDUARDO CASTANO, LUIS CASTELLANOS, JIM COPLAND, SU FANG, ERNIE FLORES, ROBERT GRAHAM, FRANCISCO GUEVARA, KEVIN HANSEN, TIM HAUSCHEL, LEO HEREDIA, MARTY HERRERA, PETER HOWE, ROBIN KELDSEN, JOHANAN KUDER, SCOTT MARTIN, RICK MENDIZABAL, LEONARD REYES and STEVEN REYES |

Dated: October 10, 2013

STATE OF CALIFORNIA
DEPARTMENT OF TRANSPORTATION


By  /s/ John Hoxie
      John Hoxie
1120 N Street (MS 57)
P.O. Box 1438
Sacramento, California 95812-1438
Telephone: (916) 654-2630
Fax: (916) 654-6128
E-Mail: john.hoxie@dot.ca.gov

Attorneys for Defendant MALCOLM DOUGHERTY

## **ORDER**

This Court ENTERS this order in accordance to the parties' above stipulation.

IT IS SO ORDERED.

Dated:  **October 15, 2013**           /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE