1  BETTS, RUBIN & McGUINNESS, A Professional Corporation
   Attorneys at Law
2  907 Santa Fe Avenue, Suite 201
   Fresno, California 93721
3  Telephone: (559) 438-8500
   Facsimile: (559) 438-6959
4
   James B. Betts (State Bar #110222)
5  Joseph D. Rubin (State Bar #149920)

6  Attorneys for Defendant CITY OF FRESNO

7  GEORGESON, BELARDINELLI AND NOYES
   7060 N Fresno Street, Suite 250
8  Fresno, California 93720

9  C. Russell Georgeson (State Bar # 53590)

10  ATTORNEYS FOR DEFENDANTS ASHLEY SWEARENGIN,
    MARK SCOTT, BRUCE RUDD, GREG BARFIELD,
11  JERRY DYER, PHILLIP WEATHERS, GREGORY GARNER,
    RAUL BOMBARDLY, LUIS CASTELLANOS, SU FANG
12  AND RICK MENDIZABAL

13                UNITED STATES DISTRICT COURT

14              EASTERN DISTRICT OF CALIFORNIA

15                     FRESNO DIVISION

16

17
    LUIS SANCHEZ, ANGELITA SOTO,          Case No.: 1:12-cv-00428-LJO-SKO
18  GLORIA WILLIAMS, THERESA CALMER,      And Related Consolidated Cases
    JULIAN FERNANDEZ, MELISSA OHLER,
19  and JOSHUA DEEN,                      **STIPULATION TO EXTEND TIME
                                          TO FILE DISPOSITIVE MOTIONS;
20              Plaintiffs,               ORDER THEREON**

21          vs.

22  CITY OF FRESNO, ASHLEY SWEARENGIN,
    MARK SCOTT, BRUCE RUDD, GREG
23  BARFIELD, JERRY DYER, PHILLIP
    WEATHERS, MALCOLM DOUGHERTY,
24  GREGORY GARNER, RAUL BOMBARDLY,
    LUIS CASTELLANOS, SU FANG, RICK
25  MENDIZABAL and DOES 1 through 100,
    inclusive,
26              Defendants.

27

28

Plaintiffs and Defendants, by and through their counsel of record, hereby stipulate and agree as follows:

1.       The parties have worked diligently to complete discovery, including voluminous depositions of the parties and percipient witnesses;

2.       The parties are meeting and conferring to address and resolve multiple issues that could reduce the scope of issues to be tried, including:

    A.       Plaintiff' potential motion for partial summary judgment re City of Fresno policies and practices under <u>Monell</u> in conducting clean-ups of homeless encampments; and

    B.       Defendants' potential motion for partial summary judgment re Plaintiffs' substantive due process and equal protection claims, as well as causes of action under California Civil Rule Section 52.1, and for Intentional Infliction of Emotional Distress and the Individual Defendants' defense of qualified immunity.

3.       The parties have exchanged written meet and confer correspondence, proposed factual stipulations and prepared undisputed facts, and are in the process of analyzing and responding to those exchanges.  The parties are also meeting and conferring to attempt to streamline the summary judgment process to avoid the need to file over thirty (30) separate dispositive motions.

Based upon the foregoing, and for good cause appearing, the parties stipulate and agree to extend the dispositive motion cut-off, as set forth in this Court's Amended Scheduling Order, from December 31, 2013 to January 31, 2014.


DATED:  DECEMBER 23, 2013                    ARNOLD & PORTER LLP


                                                                        By:   /s/ Paul Alexander
                                                                        Paul Alexander
                                                                        Attorneys for Plaintiffs

- 2 -

1  Dated:  December 23_, 2013          BETTS, RUBIN & MCGUINNESS

2

3                                      By:_ /s/ James B. Betts_____
                                       James B. Betts
4                                      Attorneys for Defendant City of Fresno

5  Dated:  December 23, 2013

6                                      GEORGESON, BELARDINELLI & NOYES

7

8                                      By___ /s/ C. Russell Georgeson_____
                                       C. Russell Georgeson
9                                      Attorneys for Defendants Ashley Swearengin,
                                       Mark Scott, Bruce Rudd, Greg Barfield,
10                                     Jerry Dyer, Phillip Weathers, Gregory Garner,
                                       Raul Bombardly, Luis Castellanos, Su Fang and
11                                     Rick Mendizabal

12

13

14

15

16

17                                     **ORDER**

18       This Court ENTERS this order based on the parties' above stipulation and ADMONISHES

19  the parties to comply with summary judgment requirements of this Court's April 2, 2013 order.

20

21

22  IT IS SO ORDERED.

23     Dated:  **December 23, 2013**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE
24

25

26

27

28