1
2
3
4
5                          UNITED STATES DISTRICT COURT

6                          EASTERN DISTRICT OF CALIFORNIA

7

8    LUIS SANCHEZ, et al.,                    CASE NO. CV F 12-0428 LJO SKO

9                    Plaintiff,        **ORDER TO SET SUMMARY JUDGMENT
                                       FILING AND BRIEFING**
10

11
12          vs.

13
14   CITY OF FRESNO, et al.,

15                    Defendants.

16   _____/

17          The parties anticipate to file summary judgment motions on specific issues identified in

18   their December 23, 2013 stipulation (doc. 97).  To promote the Court's and parties' resources

19   and on the basis of good cause, this Court:

20          1.      ORDERS the parties, no later than January 29, 2014, to identify no more than

21   three representative plaintiffs for purposes of their respective motions;

22          2.      ORDERS the parties, no later than February 20, 2014, to file and serve their

23   respective opening summary judgment papers;

24          3.      ORDERS the parties, no later than March 13, 2014, to file and serve their

25   respective summary judgment opposition papers;

26          4.      ORDERS the parties, no later than March 24, 2014, to file and serve their

27   respective reply papers;

28          5.      ADMONISHES the parties to comply with summary judgment requirements of

                                              1

this Court's April 2, 2013 order; and

      6.     VACATES the January 31, 2014 dispositive motion deadline set by this Court's December 23, 2013 order (doc 97).  After resolution of the summary judgment motions subject to this order, the parties may contact court staff at (559) 499-5680 to address scheduling further potential dispositive motions.

      Pursuant to its practice, this Court will consider the summary judgment motions on the record without a hearing, unless this Court orders otherwise.

IT IS SO ORDERED.

Dated:   **January 23, 2014**          **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE

2