# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| LUIS SANCHEZ, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF FRESNO, et al., <br><br> Defendants. | Case No.: 1:12-cv-00428-LJO-SKO <br> And Related Consolidated Cases <br><br> **STIPULATION AND ORDER RE DEPOSITIONS** |

The parties, through their respective counsel of record, hereby agree and stipulate as follows:

1. The depositions of plaintiffs' medical experts will be taken on the following date, as follows:

March 20, 2014        9:00 a.m.        Deposition of Sarah Morgan, M.D.

March 20, 2014        1:00 p.m.        Deposition of Raquel Espinosa, LCSW

2. The deposition of plaintiff Douglas Hicks will be taken on the following date, as follows:

March 21, 2014        9:00 a.m.        Deposition of Douglas Hicks

With respect to the depositions of Sarah Morgan, M.D. and Raquel Espinosa, LCSW, should scheduling conflicts arise, counsel will cooperate in choosing mutually agreeable new date(s) and time(s) for the depositions.

All depositions will take place at the offices of Central California Legal Services, 2115 Kern Street, Suite 1, Fresno, CA 93721.

Dated:  February 19, 2014                           ARNOLD & PORTER LLP


By:    /s/  Paul Alexander
         Paul Alexander (SBN #49997)
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304
Telephone:  (650) 798-2921
Fax:  (650) 798-2999
E-Mail:  Paul.Alexander@aporter.com
Amy L. Bomse (SBN #218669)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone:  (415) 471-3100
Fax:  (415) 471-3400
E-Mail:  Amy.Bomse@aporter.com

CHRIS A. SCHNEIDER, SR. (SBN 123627)
SUZANNE SWENK (SBN 179760)
CHRISTINA SKAF HATHAWAY
 (SBN 258690)
TASHARA KUSPA (SBN 234400)
INNA VOLKOVA (SBN 287909)
CENTRAL CALIFORNIA LEGAL
  SERVICES, INC.
2115 Kern Street, Suite 1
Fresno, CA 93721
Telephone: (559) 570-1214
E-Mail:  chris@centralcallegal.org
E-Mail:  suzanne@centralcallegal.org
E-Mail:  chathaway@centralcallegal.org
E-Mail:  tkuspa@centralcallegal.org
E-Mail:  ivolkova@centralcallegal.org

Attorneys for Plaintiffs

Dated:  February 19, 2014

BETTS, RUBIN & McGUINNESS


By:   /s/  James B. Betts
    James B. Betts
907 Santa Fe Avenue, Suite 201
Fresno, CA 93721
Telephone:  (559) 438-8500
Fax:  (559) 438-6959
E-Mail:  br@bettsrubinlaw.com

Attorneys for Defendant CITY OF FRESNO

Dated:  February 19, 2014

GEORGESON, BELARDINELLI & NOYES


By   /s/ C. Russell Georgeson
    C. Russell Georgeson
7060 North Fresno Street, Suite 250
Fresno, California 93720
Telephone:  (559) 447-8800
Fax:  (559) 447-0747
E-Mail:  crgdanelaw@sbcglobal.net

Attorneys for Defendants ASHLEY SWEARENGIN, MARK SCOTT, BRUCE RUDD, GREG BARFIELD, JERRY DYER, PHILLIP WEATHERS, GREGORY GARNER, RAUL BOMBARDLY, LUIS CASTELLANOS, SU FANG and RICK MENDIZABAL

Dated: February 19, 2014

STATE OF CALIFORNIA
DEPARTMENT OF TRANSPORTATION


By  /s/ John Hoxie
      John Hoxie
1120 N Street (MS 57)
P.O. Box 1438
Sacramento, California 95812-1438
Telephone:  (916) 654-2630
Fax:  (916) 654-6128
E-Mail:  john.hoxie@dot.ca.gov

Attorneys for Defendant MALCOLM DOUGHERTY

IT IS SO ORDERED.

Dated:  **February 20, 2014**          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE