UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SANCHEZ, et al., | CASE NO. CV F 12-0428 LJO SKO |
| Plaintiff, | **ORDER TO VACATE SUMMARY JUDGMENT HEARING SET BY PLAINTIFF CONTRARY TO ORDER** |
| vs. | (Doc. 111.) |
| CITY OF FRESNO, et al., | |
| Defendants. | |

Plaintiffs set a March 26, 2014 hearing on their summary judgment motion although this Court's January 23, 2014 order states: "Pursuant to its practice, this Court will consider the summary judgment motions on the record without a hearing, unless this Court orders otherwise." Moreover, plaintiffs set a hearing a mere two days after reply papers are due. The record is clear that plaintiffs were not to set a hearing. As such, this Court:

1. VACATES the March 26, 2014 hearing set by plaintiffs in contravention of this Court's order; and

2. ADMONISHES plaintiffs' counsel to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and that they are subject to sanctions as this Court

1

1  deems appropriate.

3  IT IS SO ORDERED.

    Dated:  **February 21, 2014**　　　　　　　　　　**/s/ Lawrence J. O'Neill**
                                                                     UNITED STATES DISTRICT JUDGE