# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SANCHEZ,<br><br>                Plaintiff,<br><br>   vs.<br><br>CITY OF FRESNO, ASHLEY SWEARENGIN, MARK SCOTT, BRUCE RUDD, GREG BARFIELD, JERRY DYER, PHILLIP WEATHERS, MALCOLM DOUGHERTY, and DOES 1 through 100, inclusive,<br><br>                Defendants. | Case No.: 1:12-CV-00428-LJO-SKO<br><br>**STIPULATION AND ORDER RE DISPOSITIVE MOTION DEADLINE; ORDER THEREON** |

The parties, by and through their legal counsel, hereby stipulate as follows:

1. This action arises out of, a common nucleus of facts, and is related to, a multiplicity of similar lawsuits filed in this Court which arise out of the clean-up of homeless encampments by the City of Fresno in 2011.

2. The parties have worked diligently over the last several months to resolve those cases, or to agree on a practical means of litigating these voluminous cases without the undue consumption of limited judicial resources and expense.

3. The parties have engaged in extensive meet and confer efforts to agree on the undisputed facts attributable to these actions, including the instant action.

4. It would serve the interests of judicial economy to extend the time to file a dispositive motion in this action until October 31, 2014, although, if granted, the parties anticipate the filing of a summary judgment motion in this matter on or before October 1, 2014.

THEREFORE, it is stipulated and agreed by and between all parties, through their counsel of record, to extend the time to file a dispositive motion in this action to October 31, 2014.

| Dated: September 25, 2014 | BETTS, RUBIN & McGUINNESS |
|---|---|
| | /s/ James B. Betts<br>James B Betts<br>Attorneys for Defendant City of Fresno |
| Dated: September 25, 2014 | GEORGESON, BELARDINELLI & NOYES |
| | By: /s/ c. Russell Georgeson<br>C. Russell Georgeson<br>Attorneys for Defendants Ashley Swearengin, Mark Scott, Bruce Rudd, Greg Barfield, Jerry Dyer, Phillip Weathers |
| Dated: September 25, 2014 | STATE OF CALIFORNIA<br>DEPARTMENT OF TRANSPORTATION |
| | By: /s/ John K. Hoxie<br>John K. Hoxie<br>Attorneys for Defendant Malcolm Dougherty |
| Dated: September 25, 2014 | ARNOLD & PORTER LLP |
| | By: /s/ Paul Alexander<br>Paul Alexander<br>Attorneys for Plaintiff Felix Hernandez |
| Dated: September 25, 2014 | CENTRAL CALIFORNIA LEGAL SERVICES, INC. |
| | By: /s/ Chris A. Schneider<br>Chris A. Schneider<br>Attorneys for Plaintiff Felix Hernandez |

**ORDER**

Pursuant to the parties' stipulation,[1] the dispositive motion filing deadline is extended to October 31, 2014.

IT IS SO ORDERED.

    Dated: **September 29, 2014**     **/s/ Sheila K. Oberto**
                                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] The parties filed their stipulation in Case No. 1:12-cv-01161-LJO-SKO, which was consolidated with 1:12-cv-00428-LJO-SKO, and has been closed.