PAUL ALEXANDER (SBN 49997)
ARNOLD & PORTER LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304
Telephone: (650) 798-2921
E-Mail: Paul.Alexander@aporter.com

AMY L. BOMSE (SBN 218669)
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone: (415) 471-3100
E-Mail: Amy.Bomse@aporter.com

CHRIS A. SCHNEIDER, SR. (SBN 123627)
CHRISTINA SKAF HATHAWAY (SBN 258690)
TASHARA J. KUSPA (SBN 234400)
INNA VOLKOVA (SBN 287909)
CENTRAL CALIFORNIA LEGAL SERVICES, INC.
2115 Kern Street, Suite 1
Fresno, CA 93721
Telephone: (559) 570-1214
E-Mail: chris@centralcallegal.org
E-Mail: chathaway@centralcallegal.org
E-Mail: tkuspa@centralcallegal.org
E-Mail: ivolkova@centralcallegal.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| LUIS SANCHEZ, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF FRESNO, et al., <br><br> Defendants. | Case No.: 1:12-cv-00428-LJO-SKO <br> And Related Consolidated Cases <br><br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER** |

Plaintiffs ANNA BUTLER, ANGELITA SOTO, ARTURO SUBIA, BARBARA DORSEY, BOBBIE GRAY, CHARLES MONTGOMERY, DONALD BROWN, DOUGLAS HICKS, EDWARD JONES, ERIC HACKETT, ERIC SIMS, GLORIA WILLIAMS, HERMAN DICKSON,

JIMMY FRAZIER, JOSHUA DEEN, JULIA SUBIA (aka JULIA PEREZ), JULIAN FERNANDEZ, KEM ANDERSON, LARRY COLLINS, LARRY GRAHAM, LUIS SANCHEZ, LUIS SANTA ROSA, MARSEL BUFFORD, MELISSA OHLER, MONICA CRUZ-GALVAN, ROLLANDO PICAZO, RUSSELL LOWE, SANDRA GRAY, SIMITRIO SANTA ROSA, STEVEN WARD, TERESA CALMER, TONYA RANDLE and WILLIE HEAGER ("Plaintiffs") and Defendants CITY OF FRESNO, ASHLEY SWEARENGIN, MARK SCOTT, BRUCE RUDD, GREG BARFIELD, JERRY DYER, PHILLIP WEATHERS and MALCOLM DOUGHERTY ("Defendants") have reached a settlement of the disputes raised in this action;

In accordance therewith, Plaintiffs have agreed to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and among Plaintiffs and Defendants that all claims in the above-captioned action shall, in accordance with the following Order of Dismissal, be dismissed with prejudice and that each party shall bear its own costs, expenses and attorneys' fees.

Dated: October 17, 2014                ARNOLD & PORTER LLP


                                       By: /s/ Paul Alexander
                                           Paul Alexander (C.S.B. #49997)
                                       1801 Page Mill Road, Suite 110
                                       Palo Alto, CA 94304
                                       Telephone: (650) 798-2921
                                       Fax: (650) 798-2999
                                       E-Mail: Paul.Alexander@aporter.com

                                       Attorneys for Plaintiffs

| | |
|---|---|
| Dated:  October 17, 2014 | BETTS, RUBIN & MCGUINNESS |

By: /s/ James B. Betts<br>
James B. Betts, Esq.<br>
907 Santa Fe Avenue, Suite 201<br>
Fresno, Ca 93721<br>
Telephone:  (559) 438-8500<br>
Fax:  (559) 438-6959<br>
E-Mail:  br@bettsrubinlaw.com

Attorneys for Defendant CITY OF FRESNO

| | |
|---|---|
| Dated:  October 17, 2014 | GEORGESON, BELARDINELLI & NOYES |

By: /s/ C. Russell Georgeson, Esq.
C. Russell Georgeson, Esq.
7060 North Fresno Street, Suite 250
Fresno, California 93720
Telephone:  (559) 447-8800
Fax:  (559) 447-0747
E-Mail:  crgdanelaw@sbcglobal.net

Attorneys for Defendants ASHLEY SWEARENGIN, MARK SCOTT, BRUCE RUDD, GREG BARFIELD, JERRY DYER and PHILLIP WEATHERS

//
//
//
//
//
//
//
//
//

Dated: October 17, 2014

STATE OF CALIFORNIA

By: /s/ John Hoxie, Esq.
John Hoxie, Esq.
1120 N Street (MS 57)
P.O. Box 1438
Sacramento, Ca 95812-1438
Telephone: (916) 654-2630
Fax: (916) 654-6128
E-Mail: John.Hoxie@dot.ca.gov

Attorneys for Defendant MALCOLM DOUGHERTY

IT IS SO ORDERED.

Dated: **October 17, 2014**       **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE