PAUL ALEXANDER (SBN 49997)
ARNOLD & PORTER LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304
Telephone:  (650) 798-2921
E-Mail:  Paul.Alexander@aporter.com

CHRIS A. SCHNEIDER, SR. (SBN 123627)
CHRISTINA SKAF HATHAWAY (SBN 258690)
TASHARA J. KUSPA (SBN 234400)
INNA VOLKOVA (SBN 287909)
CENTRAL CALIFORNIA LEGAL SERVICES, INC.
2115 Kern Street, Suite 1
Fresno, CA 93721
Telephone: (559) 570-1214
E-Mail:  chris@centralcallegal.org
E-Mail:  chathaway@centralcallegal.org
E-Mail:  tkuspa@centralcallegal.org
E-Mail:  ivolkova@centralcallegal.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| LUIS SANCHEZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　　Defendants. | Case No.: 1:12-cv-00428-LJO-SKO<br>And Related Consolidated Cases<br><br><br>**APPLICATION FOR ORDER OF DISMISSAL OF CLAIMS OF REGINALD GILLIAM AND JUAN VALENZUELA** |

　　　　Pursuant to the Court's Order dated November 4, 2014 (Dkt. #199), counsel for Plaintiffs in these actions have filed and served a Notice of Suggestion of Death with respect to decedents JUAN VALENZUELA and REGINALD GILLIAM ("Decedent Plaintiffs").  On November 12, 2014, counsel for Plaintiffs filed with the Court confirmation of personal service of the Notice of Suggestion of Death on Sabrina Valenzuela, the only living relative of decedent JUAN VALENZUELA.  The statutory time within which to assert a claim by Ms. Valenzuela has now passed (as of February 10, 2015), and no response of any kind has been received from either Ms. Valenzuela or any other relative.  In light of these facts, and in accordance with the agreement of

settlement among the parties in this litigation, it is now timely to dismiss with prejudice the claims of Decedent Plaintiffs JUAN VALENZUELA and REGINALD GILLIAM.

Dated:  March 2, 2015                               ARNOLD & PORTER LLP


By: /s/ Paul Alexander
Paul Alexander (C.S.B. #49997)
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304
Telephone:  (650) 798-2921
Fax:  (650) 798-2999
E-Mail:  Paul.Alexander@aporter.com

Attorneys for Plaintiffs

## ORDER

IN ACCORDANCE WITH THIS COURT'S PRIOR ORDERS AND IN LIGHT OF THE ABSENCE OF ANY RESPONSE TO THE NOTICE OF SUGGESTION OF DEATH WITHIN THE STATUTORY TIME, IT IS HEREBY ORDERED that the claims of JUAN VALENZUELA and REGINALD GILLIAM, the only remaining claims in this action, should be and hereby are dismissed with prejudice and that, in view of the complete termination of this action, the Court will close its files with regard to this action and all related consolidated actions.

**SO ORDERED**
**Dated: March 6, 2015**

/s/ Lawrence J. O'Neill
**United States District Judge**

Application and Proposed Order of Dismissal.docx